UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21-CR-26 (JAM) |
| v. | VIOLATIONS: |
| EDWARD GALPIN | 18 U.S.C. § 2251(a)(1) (Production of Child Pornography) |
| | 18 U.S.C. § 2252A(a)(2) (Distribution of Child Pornography) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Production of Child Pornography)

1. In or about September 2018, in the District of Connecticut, the defendant EDWARD GALPIN did employ, use, persuade, induce, entice, and coerce a minor, specifically, Minor Victim 1, a seventeen-year-old girl whose identity is known to the United States Attorney, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

### COUNT TWO
(Production of Child Pornography)

2. In or about December 2019, within the District of Connecticut, the defendant EDWARD GALPIN did employ, use, persuade, induce, entice, and coerce any minor, specifically, Minor Victim 2, a fifteen-year-old girl whose identity is known to the United States Attorney, to engage in sexually explicit conduct for the purpose of producing any visual

depiction of such conduct, using materials that were mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE
(Distribution of Child Pornography)

3.  In or about May and June 2020, within the District of Connecticut, the defendant EDWARD GALPIN knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including but not limited to files with filenames known to the United States Attorney and ending "e1695eo6," "45ccd891," "65d4eab5," "c511fe47," and "343b9a7b," using a means or facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. Section 2252A(a)(2) and (b)(1).

## FORFEITURE ALLEGATION
(Sexual Exploitation of Children)

4.  Upon conviction of one or more of the offenses alleged in Counts One through Three of this Information, the defendant EDWARD GALPIN shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a), all right, title, and interest in any property used or intended to be used to commit or promote the commission of the said offenses, all property constituting or traceable to gross profits or other proceeds obtained from such offenses, and all visual depictions described in 18 U.S.C. §§ 2251–2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offenses, including but not limited to an Apple iPhone 8 Plus, serial number F17VQ31AJCLQ.

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

_____
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

_____
ROBERT S. RUFF
ASSISTANT UNITED STATES ATTORNEY

3