# Exhibit B

Your Honor,

I'm writing in hopes that you'll base your sentence on not just the things I did wrong, but who I really am as a person.

Obviously, all you know about me is the poor choices and bad decisions I made, but that's not me. This will follow me for the rest of my life, but I'm not a person that does these horrible things. I made extremely poor choices and did things I'm not at all proud of and will NEVER do again. I don't have any compulsions or needs for this type of behavior at all. Until I found the app KIK, none of this was a thought, or a part, in my life.

Being that it's been almost two years I've had a lot of time to think about how I got here. When I was at Wyatt Detention Center and participating in the group counciling [counseling], I heard others tell about their life and how they ended up incarcerated. Quite a few in the group had abusive, poor childhoods among other problems. I didn't have any of that.

When I was growing up, both my parents worked hard to support me and my three brothers. We went on vacations together, camping, to movies and amusement parks, and always had the things we wanted as kids. We played basketball and baseball and our parents came to the games and supported us. We had a very good childhood. We always had home cooked meals and our mom even baked and decorated all of our birthday cakes. Other than the occasional fights between my brothers, boys being boys, we all loved each other.

When I was about 10 years old, my family's home was burglarized a I had to work with the police to identify the man. From that point on, I had always wanted to have a job or do something in my life to help other people. When I was eighteen, I applied to be a police officer with the town of Fairfield. I passed the written exam and got to the physical tests. Unfortunately, I couldn't complete the running portion in time so I never made it further. Not too long after I met my wife Nicole and moved in with her. I needed to find a job to help pay for rent and bills which I did. I always wanted to try the police exam again, but time went by and I never did. I've always regretted it.

Nicole and I bought a house together and tried to have kids. We tried for a few years with no success so we went to a fertility doctor. We tried for as long as our insurance would allow before it maxed out and became unaffordable to continue. All with no luck. Then finally one day, close to my birthday, Nicole surprised me and told me she'd gotten pregnant and we were going to have a baby, It was still early, but the test confirmed it. It was one of the happiest days of my life. Then, only a couple weeks later, Nicole felt something was wrong. She was bleeding and we were losing the baby. We found out it was an eptopic [ectopic] pregnancy which meant the egg attached too low and was too dangerous to continue. She had to go to the hospital to get a shot to make sure the miscarriage was fully completed. The day of that hospital visit was when the tragedy and Sandy Hook took place. It was the most horrible day of our lives which we'll never forget. We never got pregnant again.

At some point, I was unhappy with our intimate part of our life. Instead of talking to Nicole about it I chose to use the KIK app to talk to others. I was afraid by talking to Nicole I'd cause problems in our marriage that weren't there. I loved our life and I love Nicole very much. I was happy and didn't want to ruin it. Stupidly, I thought if I just got some of my needs met occasionally no one would be hurt. I was selfish and completely wrong.

When I first found KIK I found groups with people who were local who I could chat with. I would chat and send pics [pictures] of myself to women who did the same. I used it eventually to  meet some of the women in person for my selfish sexual needs. Eventually, there were videos in the groups of couples

together sexually which I enjoyed watching. Some people in the group would share videos of their wife or girlfriend changing or showering in a voyeur type of setting. I was added to, and looked for, groups of this nature. Then it was videos of someone's "step daughter" that started being shared. The more I was on KIK, the more I found being shared and the more groups I be added to. There were things that shocked me, which I did report, but nothing ever happened. Eventually I became desensitized to it all. Some people who were on there would specifically look for videos of illegal aged children. Instead of doing something about it, I engaged in actively talking to these people and thinking to myself I wasn't really doing anything wrong because this stuff was already out there. All I was doing was taking it from one group and sending it to someone in another group so I could stay active and still view the videos that interested me. I saved some so I could have them handy when needed. I allowed myself to take more and more chances and eventually invade the privacy of my own family and friends without ever thinking about what it was I had actually done.

     I wanted to do something and be someone who helped people in life. Instead I let myself become a monster and, when seeing the things I said and did printed out during this process, it makes me sick that I'd become this person.

     I knew from the first day I spent in a prison cell that I would never do anything like this ever again in my life. I have no needs, thoughts, or desires for child porn or anything of that nature. Unfortunately, it took me ruining my whole life, my family's life, Nicole's life, and my friends [friend's] life, to realize how horrible the things I'd done, and was doing were. I regret everything I did and wish I could take it all back. I wish I never heard of KIK.

     It took some time, with the group therapy, to look into the things I've done and try to understand why I did them. While I understand that my lack of communicating with my wife Nicole led me to where I am today, I know I also need to know why I made the poor choices I did. I should have never continued to engage, and contribute, to people sharing videos of child porn. I absolutely show [should] have never invaded the privacy of my friends and my sister in law. I do need to seek help to find answers to why I chose to do those things. I do know they'll never happen again.

     I only hope I can still have a life to live after my incarceration is done. I want to make my life worth living and meaningful. I want to make up for the pain I've caused. I only hope I'm given that opportunity. This will always be a dark mark that will follow me for the rest of my life. I only hope I can be out at an age where I can still live by earning a living and making up for all the wrong I've done.

     It will be a struggle since I'm already forty and by the time I'm out will be much older, but I do have a plan for my future. I want to own my own business, a coffee shop, where I can roast my own coffee, be my own boss, and hopefully still have a decent life. In the meantime, while I am in prison, I want to make the most of my time that I can. I've started writing which I've enjoyed doing since I was a kid. I'd like to try publishing a book at some point. I will also take as many programs a [as] I can to better myself and make the best of my time in prison.

     I'll never get to be a father and I don't know how much family I'll have left when this is all over. I can only promise that nothing like this will ever happen again and that I'm sorry for all that I did. I can never forgive myself for the hurt and pain that I've caused.

Thank you for taking the time to read this and I hope I can still have a life after my punishment is through.

Thank you,

   Ed Galpin