Exhibit F

Victim witness coordinator,

I understand many of these victims and their families may not want to hear anything from me, but I feel I need to say something to let them know how sorry I am.

It's not right, but when I came across this type of material being passed along online I eventually participated by passing it along as well. I made an excuse for myself that I wasn't contributing to child porn because these videos and images were already being passed around. I hadn't created these images so what was the harm in passing along what was already going around. I never took the time to actually think about how I was enabling this to continue by my actions, I never thought this would be hurting the individuals in these videos by doing what I did. I was wrong and I wish every day I could take it all back.

I stood by and let these things happen while I participated in sharing them too, instead of trying to stop it. I hate myself for that and will never forgive myself for the additional pain I've caused the victims and their families.

All I can do is promise I will never do anything like this ever again. If there's any way for me to get involved in stopping this sort of thing from happening, I want to be a part of it. In reading

the victim impact statements I couldn't believe the pain and suffering that continues years after these horrible things happened. I'm more sorry than I can ever begin to even express in a letter. It makes me sick knowing the hurt and pain I've caused and the fear they have of me and others involved. I can promise that I will never give any victims a reason to fear me in the future. This will never be a part of my life ever again.

I'm very sorry for my actions and for causing unnessasary pain and suffering after you've already been through so much. I really hope that one day I can do something to help in a positive way.

Again, I'm very sorry for everything I've done. Thank you for reading this if you chose to.

Ed Galpin